IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$7,120.00 IN UNITED STATES CURRENCY )<br>AND 1996 BUICK PARK AVENUE )<br>VIN 1G4CW52KXTH630813, )<br>)<br>Defendants. ) | Civil Action No. 02-1646 |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2010, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby

approved and incorporated by reference in its entirety into this Order.

It is further Ordered that the 1996 Buick Park Avenue VIN 1G4CW52KXTH630813 and

the $7,120.00 in United States currency are hereby forfeited to the United States free and clear of

all right, title and interest of any person or entity, including without limitation Jerome Stanford

and Lannette Jones.

United States District Judge